PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:22-cr-00085-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| ARSEN TONOYAN | DATE: May 4, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for May 4, 2022, may be continued until June 29, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through June 29, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  April 26, 2022        /s/ Jaya Gupta
                              JAYA GUPTA
                              Counsel for Arsen Tonoyan

Dated:  April 26, 2022        /s/ Joseph Barton
                              JOSEPH BARTON
                              Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:22-cr-00085-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ARSEN TONOYAN | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for May 4, 2022, is continued until June 29, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through June 29, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 4/26/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE