PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ARSEN TONOYAN, Defendant. | Case No. 1:22-cr-00085-JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: January 18, 2023<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for January 18, 2023, may be continued until March 29, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The defendant was recently appointed new defense counsel and the government is in the process of getting defense counsel the discovery. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through March 29, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated: January 10, 2023             /s/ Melissa Baloian
                                    MELISSA BALOIAN
                                    Counsel for Arsen Tonoyan

Dated: January 10, 2023             /s/ Joseph Barton
                                    JOSEPH BARTON
                                    Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ARSEN TONOYAN<br><br>Defendant. | Case No. 1:22-cr-00085-JLT-SKO<br><br>ORDER |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 18, 2023, is continued until March 29, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through March 29, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 1/10/2022

　　　　　　　　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　HONORABLE SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE