PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00085-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| ARSEN TONOYAN | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel that the status conference scheduled for May 31, 2023, may be continued until August

16, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The defendant was appointed

new defense counsel six months ago.  The government has produced discovery to new defense

counsel and she has further investigation to perform in this case.  The parties agree that time

under the Speedy Trial Act shall be excluded through August 16, 2023, in the interests of justice,

including but not limited to, the need for effective defense preparation and defense investigation

pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

1    The parties also agree that the ends of justice served by taking this action outweigh the best

2    interests of the public and of the Defendant to a speedy trial.

3

4    Dated:  May 23, 2023                          _/s/ Melissa Baloian_____
                                                    MELISSA BALOIAN
5                                                   Counsel for Arsen Tonovan

6

7    Dated:  May 23, 2023                          _/s/ Joseph Barton_____
                                                    JOSEPH BARTON
8                                                   Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00085-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| ARSEN TONOYAN | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for May 31, 2023, is continued until August 16, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The period through August 16, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.


DATED: 5/24/2023                    _Sheila K. Oberto_
                                    HONORABLE SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE