Melissa Baloian, SBN# 232602
Attorney at Law
2950 Mariposa Street, Suite 120
Fresno, Ca. 93721
Telephone (559) 352-2331
Mbaloian.law@gmail.com

Attorney for Defendant ARSEN TONOYAN,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARSEN TONOYAN,<br><br>    Defendant. | Case No. 1:22-CR-00085-JLT-SKO<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET A TRIAL DATE;** |

## STIPULATION

The defendant, ARSEN TONOYAN, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Joseph Barton, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on October 18, 2023, at 1:00 p.m.

2. By this stipulation, the government and the defendant now move to set the matter for jury trial on June 18, 2024, and to exclude time between October 18, 2023, and June 18, 2024.

3. The parties agree and stipulate, and request the Court find the following:

      a.      The defense and the government have been in communication regarding this matter.

      b.      Defense counsel requests additional time to review the discovery, discuss a possible settlement with the government and the defendant, and to conduct possible further investigation.

      c.      The continuance until the trial confirmation hearing on June 18, 2024, will provide the necessary time for defense counsel and the defendant to review the matter for trial and also finalize any potential plea negotiations.

      d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.      For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq. within which trial must commence, the time period of October 18, 2023, to June 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIUPLATED.

Dated: October 12, 2023

/s/ Melissa Baloian
_____
**MELISSA BALOIAN**
Attorney for Defendant

Dated: October 12, 2023

/s/ Joseph Barton
_____
**JOSEPH BARTON**
Assistant United States Attorney

---

**ORDER**

**IT IS SO ORDERED.**

Dated: 10/12/2023

*Sheila K. Oberto*
SHEILA K. OBERTO
**UNITED STATES MAGISTRATEJUDGE**